SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Angel Investments, et al,<br><br><br><br>　　　　Defendants | Case No.: CIV.S 09-cv-01462-JAM-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ANGEL INVESTMENTS AND  ORDER**<br><br>Complaint Filed:  MAY 28, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Angel Investments) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.  Defendant (Angel Investments) is dismissed because this Defendant is not a proper party to this action.

Dated: July 20, 2009                             /s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated: July 20, 2009               /s/ John A. Mendez
                                   U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com